ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JON MARTINEZ<br><br>Defendant. | Case No. 1:26-CR-00103-KES<br><br>ORDER |

Upon the parties' stipulation, and for good cause shown, the sentencing in this case that is scheduled for December 7, 2026, is continued until May 10, 2027, at 09:30 AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE